UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JAN - 9 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  S1-4:19 CR 570 JAR NAB |
| DEANTE BOYD, DARNELL WESTMORELAND, and JACOBI CRAWFORD, | ) ) ) ) ) |
| Defendants. | ) ) |

## SUPERSEDING INDICTMENT

### COUNT ONE

On or about June 10, 2018, in St. Louis County and elsewhere within the Eastern District of Missouri,

**DEANTE BOYD and
DARNELL WESTMORELAND,**

the defendants herein, unlawfully, knowingly, and willfully did conspire, with each other and with others known and unknown to the Grand Jury, to commit offenses against the United States, namely carjacking, in violation of Title 18, United States Code, Section 2119.

### OVERT ACTS

During the course of and in furtherance of the conspiracy and to effect the object thereof, at least one of the defendants did commit at least one of the following overt acts:

1. On or about June 10, 2018, within St. Louis County, Eastern District of Missouri, **WESTMORELAND** was driving an SUV with passenger **BOYD** through a parking lot at the River City Casino, St. Louis County, Missouri, and stopped a short distance away from K.K.'s 2000 Toyota Avalon, a vehicle which had been previously transported in interstate commerce.

2. On or about June 10, 2018, **BOYD** exited the passenger side of the SUV, brandished a handgun, pulled K.K. out of her vehicle, threw K.K. to the ground, and entered her vehicle while **WESTMORELAND** waited in the SUV.

3. On or about June 10, 2018, **BOYD**, driving K.K.'s vehicle, and **WESTMORELAND** driving the SUV, drove off the parking lot at a high rate of speed.

All in violation of Title 18 USC Section 371.

## COUNT TWO

On or about June 10, 2018, in St. Louis County, in the Eastern District of Missouri,

**DEANTE BOYD and
DARNELL WESTMORELAND,**

the defendants herein, took a motor vehicle, Toyota Avalon, that had been transported, shipped, and received in interstate or foreign commerce, from K.K. by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Sections 2119(1) and 2.

## COUNT THREE

On or about June 10, 2018, in St. Louis County, in the Eastern District of Missouri,

**DEANTE BOYD and
DARNELL WESTMORELAND,**

the defendants herein, did knowingly brandish a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely carjacking, in violation of Title 18, United States Code, Section 2119, as alleged in Count Two of this indictment.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## COUNT FOUR

On or about July 18, 2018, in St. Louis County, in the Eastern District of Missouri,

**DEANTE BOYD and
JACOBI CRAWFORD,**

the defendants herein, took a motor vehicle, Ford Escape, that had been transported, shipped, and received in interstate or foreign commerce, from H.R. by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Sections 2119(1) and 2.

## COUNT FIVE

On or about July 18, 2018, in St. Louis County, in the Eastern District of Missouri,

**DEANTE BOYD and
JACOBI CRAWFORD,**

the defendants herein, did knowingly brandish a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely carjacking, in violation of Title 18, United States Code, Section 2119, as alleged in Count Four of this indictment.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## COUNT SIX

On or about April 20, 2018, in the County of St. Louis, in the Eastern District of Missouri,

**DARNELL WESTMORELAND,**

the defendant herein, then being an unlawful user of a controlled substance as defined in Title 21,

3

United States Code, Section 802, did knowingly possess a firearm, said firearm have been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(3).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER J. ROY, #47203MO
Assistant United States Attorney